

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00540-CR

| | | |
|---|---|---|
| Thomas Ramirez, Jr. | § | From the 297th District Court |
| | § | of Tarrant County (1260933R) |
| v. | § | August 6, 2015 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was clerical error in the trial court's judgment. The trial court's judgment incorrectly recites Appellant Thomas Ramirez Jr. was convicted of murder under section 19.02(b)(1) of the Texas Penal Code. The judgment is modified to reflect correctly that Appellant Thomas Ramirez Jr. was convicted of murder under section 19.02(b)(3) of the Texas Penal Code. As modified, it is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Anne Gardner
Justice Anne Gardner